AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
MAR 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4-14-70375-MAG |
| | ) | |
| Luqman Laini Jones | ) | Charging District:   Middle District of Alabama, Montgomery |
| _Defendant_ | ) | Charging District's Case No.   14CR28-MEF |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Middle District of Alabama<br>A-501 Frank M. Johnson, Jr.<br>Federal Courthouse Annex<br>One Church St.<br>Montgomery, AL 36104 |
|---|---|
| Courtroom No.: | 5A, Mag. Judge Wallace Capel, Jr. |
| Date and Time: | 4/15/2014 at 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Mar 20, 2014

_Judge's signature_

DONNA M. RYU, U.S. Magistrate Judge
_Printed name and title_

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to U.S. Marshal